No. 5532.—Anaya, apldos., *v.* Sucn. McCormick, etc., —C. D. San Juan. ■■■■■■ Diciembre 23, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Por los fundamentos de la resolución dictada con esta misma fecha en el caso No. 5515, *Guadalupe, Sabina y Francisco Anaya,* v. *Sucesión de Harry A. McCormick y Hartman, etc.,* no ha lugar a la desestimación solicitada.

El Juez Presidente Señor del Toro no intervino.

No. 5516.—Ortiz, aplte., *v.* Carrasquillo, aplda.—C. D. Humacao. ■■■■■■■■■■■■ Diciembre 23, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Vistos los casos de *Paniagua* v. *El Pueblo,* 33 D.P.R. 902, y *Gompers* v. *Bucks Stove & Range Co.,* 221 U. S. 418, y creyendo que la resolución de desacato es apelable, y no habiendo la apelada demostrado que la presente apelación es frívola, ni que hubiera necesidad de notificar a la demandada en el pleito civil origen del procedimiento de desacato, no ha lugar a la desestimación solicitada.

El Juez Presidente Señor del Toro no intervino.

No. 5476.—J. Octavio Seix, aplte., *v.* León Parra, apldo; y J. Octavio Seix & Co., Inc., demandada.—C. D. San Juan. ■■■■■■ Diciembre 24, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Vistas las varias mociones presentadas por el apelado, y el escrito de oposición del apelante, la corte ha llegado a la conclusión de que en realidad el apelante presentó su segunda moción de prórroga fuera de tiempo; y, en su consecuencia, declara con lugar la moción para desestimar radicada por el demandado, y se desestima la apelación interpuesta contra la sentencia dictada por la Corte de Distrito de San Juan con fecha 20 de agosto de 1930, en el caso arriba expresado.